JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZEALOT NETWORKS INC., et al.,<br><br>Defendants. | Case No.: 2:18-cv-06747-R-AS<br>*Hon. R. Gary Klausner Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: September 26, 2019    By: *Gary Klausner*
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE